B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Middle District of Pennsylvania

In re  **Accomac Inn, Inc.**  
Debtor(s)

Case No. _____  
Chapter  **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept .................................................. $ _____ *  
   Prior to the filing of this statement I have received ...................................... $ _____ 0.00  
   Balance Due .................................................................................................. $ _____ *

   **\*All services are being rendered at an hourly rate.**

2. The source of the compensation paid to me was:  
   ☑ Debtor   ☐ Other (specify):

3. The source of compensation to be paid to me is:  
   ☑ Debtor   ☐ Other (specify):

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
   
   **The Debtor has been advised that all services are being rendered at an hourly rate. To date, the Debtor has not paid a retainer to Counsel. The Debtor agrees that services noted herein will be billed at an hourly rate as set forth in the initial fee agreement between the debtor and counsel.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:  
   **All services are being rendered at an hourly rate.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

11/19/18  
*Date*

*/s/ Lawrence V. Young*  
Lawrence V. Young 21009  
*Signature of Attorney*  
**CGA Law Firm**  
**135 North George Street**  
**York, PA 17401**  
**717-848-4900  Fax: 717-843-9039**  
**lyoung@cgalaw.com**  
*Name of law firm*

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy