Debtor Name  ACCOMAC INN, INC.

United States Bankruptcy Court for the: Middle District of Pennsylvania

Case number: 18-04852 (MPA)

☐ Check if this is an amended filing

## Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11  12/17

Month: __March, 2019__

Line of business: __restaurant / caterer__

Date report filed: __04/04/2019__
MM / DD / YYYY

NAISC code: __722511__

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:  CGA Law Firm PC

Original signature of responsible party  _Lawrence V. Young_

Printed name of responsible party  Lawrence Young

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|  | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| | If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.* | | | |
| 1. | Did the business operate during the entire reporting period? | ☐ | ☐ | ☑ |
| 2. | Do you plan to continue to operate the business next month? | ☐ | ☐ | ☑ |
| 3. | Have you paid all of your bills on time? | ☐ | ☐ | ☑ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☐ | ☑ |
| 7. | Have you timely filed all other required government filings? | ☐ | ☑ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☐ | ☐ | ☑ |
| | If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.* | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

| | | | |
|---|---|---|---|
| 17. Have you paid any bills you owed before you filed bankruptcy? | ☐ | ☑ | ☐ |
| 18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? | ☐ | ☑ | ☐ |

## 2. Summary of Cash Activity for All Accounts

**19. Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

$ 128,432.40

**20. Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.

$ 322,647.17

**21. Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.

– $ 402,139.00

**22. Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

+ $ 48,940.57

**23. Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

= $ 48,940.57

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

**24. Total payables**
   *(Exhibit E)*

$ 0



### 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                          $ _____ 0

    *(Exhibit F)*

### 5. Employees

26. What was the number of employees when the case was filed?                          _____ 0

27. What is the number of employees as of the date of this monthly report?             _____ 0

### 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?              $ _____ 6,697.50

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?    $ _____ 11,572.50

30. How much have you paid this month in other professional fees?                                        $ _____ 0

31. How much have you paid in total other professional fees since filing the case?                        $ _____ 0

### 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A<br>**Projected**<br>Copy lines 35-37 from the previous month's report. | – | Column B<br>**Actual**<br>Copy lines 20-22 of this report. | = | Column C<br>**Difference**<br>Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ 322,647.17 | – | $ 322,647.17 | = | $ 0 |
| 33. **Cash disbursements** | $ 402,139.00 | – | $ 402,139.00 | = | $ 0 |
| 34. **Net cash flow** | $ (79,491.83) | – | $ (79,491.83) | = | $ 0 |

35. Total projected cash receipts for the next month:                             $ _____ 106.57

36. Total projected cash disbursements for the next month:                     – $ _____ 36,325.00

37. Total projected net cash flow for the next month:                            = $ _____ (36,218.43)

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

☑ 39. Bank reconciliation reports for each account.

☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

☑ 41. Budget, projection, or forecast reports.

☐ 42. Project, job costing, or work-in-progress reports.

**March, 2019**

**Exhibit A**

The Monthly Operation Report for Small Business Under Chapter 11 for the month of November, 2018, **was** not prepared until April 4, 2019.

**Exhibit C**

| | | |
|---|---|---:|
| 1-Mar-19 | sale of liquor license to Happy Accomac Speakeasy LLC | $ 320,000.00 |
| 1-Mar-19 | refund from Northeast Business Assn - employee health ins | $ 32.17 |
| 5-Mar-19 | refund from Penn National Insurance due to audit | $ 2,615.00 |
| | Total | $ 322,647.17 |

**Exhibit D**

| | | |
|---|---|---:|
| 1-Mar-19 | real estate brokerage fees for sale of liquor license | $ 19,200.00 |
| 1-Mar-19 | disburse to IRS for lien on liquor license | $ 268,800.00 |
| 12-Mar-19 | pay Harriet T Campbell, Jr | $ 107,427.50 |
| 12-Mar-19 | pay CGA Law Firm - pre-petition **fees** | $ 6,697.50 |
| 29-Mar-19 | Wells Fargo account fee | $ 14.00 |
| | Total | $ 402,139.00 |

ACCOMAC INN, INC.
DEBTOR IN POSSESSION
CASH ANALYSIS POST BANKRUPTCY FILING

| Date | Item | Wells Fargo DIP Account | CGA Law Firm Creditor Escrow | CGA Law Firm Admin Exp Escrow | Barley Snyder transfer settlement | Total |
|---|---|---|---|---|---|---|
| 1-Dec-18 | beginning balance | $ - | $ - | $ - | $ - | $ - |
| 14-Dec-18 | open DIP account / refund deposit for rental items / DD AIR | $ 700.00 | | | | $ 700.00 |
| 14-Dec-18 | Henry L Shenk / funds wire to pay employees | $ 88.00 | | | | $ 88.00 |
| 14-Dec-18 | Wells Fargo wire fee | $ (15.00) | | | | $ (15.00) |
| 17-Dec-18 | Henry L Shenk / funds wire to pay employees | $ 49,912.00 | | | | $ 49,912.00 |
| 17-Dec-18 | Wells Fargo wire fee | $ (15.00) | | | | $ (15.00) |
| 17-Dec-18 | sale of real estate to Accomac Ferry Dock LLC | | | | $ 600,000.00 | $ 600,000.00 |
| 17-Dec-18 | County of York - Transfer Tax | | | | $ (6,000.00) | $ (6,000.00) |
| 17-Dec-18 | Brokers' fees | | | | $ (36,000.00) | $ (36,000.00) |
| 17-Dec-18 | CGA Law Firm PC administrative escrow | | | $ 10,000.00 | $ (10,000.00) | |
| 17-Dec-18 | CGA Law Firm PC creditor escrow | | $ 117,200.00 | | $ (117,200.00) | |
| 17-Dec-18 | SMS Financial XXIX, LLC payment of collateralized mortgage | | | | $ (199,391.60) | $ (199,391.60) |
| 17-Dec-18 | York County Tax Claim Bureau - 2016 & 2017 real estate taxes | | | | $ (59,706.19) | $ (59,706.19) |
| 17-Dec-18 | Elizabeth Adcock, Tax Collector - 2018 real estate taxes | | | | $ (26,365.44) | $ (26,365.44) |
| 17-Dec-18 | Internal Revenue Service - lien - taxes in arrears | | | | $ (17,370.91) | $ (17,370.91) |
| 17-Dec-18 | Barley Snyder - expenses of sale - certifications, etc | | | | $ (293.00) | $ (293.00) |
| 17-Dec-18 | M & T Bank payment of collateralized mortgage | | | | $ (87,635.90) | $ (87,635.90) |
| 17-Dec-18 | credit for payroll advance to buyer | | | | $ (50,000.00) | $ (50,000.00) |
| 17-Dec-18 | credit for buyer's portion of real estate taxes | | | | $ 9,963.04 | $ 9,963.04 |
| 17-Dec-18 | sale of equipment and furnishings to Accomac Ferry Dock LLC | | | | $ 80,000.00 | $ 80,000.00 |
| 17-Dec-18 | Brokers' fees | | | | $ (4,800.00) | $ (4,800.00) |
| 17-Dec-18 | CGA Law Firm PC administrative escrow | | | $ 8,000.00 | $ (8,000.00) | |
| 17-Dec-18 | Internal Revenue Service - lien - taxes in arrears | | | | $ (67,200.00) | $ (67,200.00) |
| 18-Dec-18 | Harland Clarke / fee for checks | $ (197.12) | | | | $ (197.12) |
| 19-Dec-18 | employee checks cashed | $ (10,597.68) | | | | $ (10,597.68) |
| 20-Dec-18 | employee checks cashed | $ (3,575.24) | | | | $ (3,575.24) |
| 21-Dec-18 | employee checks cashed | $ (8,900.52) | | | | $ (8,900.52) |
| 24-Dec-18 | employee checks cashed | $ (3,455.20) | | | | $ (3,455.20) |
| 24-Dec-18 | IRS - FIT, FICA, and FICA match for final payroll | $ (11,121.75) | | | | $ (11,121.75) |
| 24-Dec-18 | IRS - FUTA for final payroll | $ (174.38) | | | | $ (174.38) |
| 26-Dec-18 | PA UC - unemployment compensation tax for final payroll | $ (1,952.43) | | | | $ (1,952.43) |
| 26-Dec-18 | employee checks cashed | $ (899.18) | | | | $ (899.18) |
| 27-Dec-18 | employee checks cashed | $ (300.46) | | | | $ (300.46) |
| 28-Dec-18 | employee checks cashed | $ (1,904.16) | | | | $ (1,904.16) |
| 31-Dec-18 | employee checks cashed | $ (1,104.58) | | | | $ (1,104.58) |
| | ending balance | $ 6,487.30 | $ 117,200.00 | $ 18,000.00 | $ - | 141,687.30 |

# Projected Cash Flow April 1, 2019, through Discharge

| Transaction | representing thru Mar work — April, 2019 | May, 2019 | representing Apr May Jun work — June, 2019 | representing Jul Aug Sep work — Q/E 093019 |
|---|---|---|---|---|
| 1-Jan-19 beginning balance | $6,487.30 | $117,200.00 | $18,000.00 | $141,687.30 |
| 2-Jan-19 stop payment fees | $(62.00) | | | |
| 2-Jan-19 employee payroll checks cashed | $(1,086.31) | | | |
| 2-Jan-19 payment of tax w/h to PA | $(4.83) | | | |
| 2-Jan-19 payment of tax w/h to PA | $(14.38) | | | |
| 2-Jan-19 payment of tax w/h to PA | $(1,522.74) | | | |
| 3-Jan-19 employee payroll checks cashed | $(529.73) | | | |
| 4-Jan-19 employee payroll checks cashed | $(99.36) | | | |
| 7-Jan-19 employee payroll checks cashed | $(593.10) | | | |
| 10-Jan-19 EFT - Sage Software - lease | $(126.22) | | | |
| 11-Jan-19 deposit refund from Cap Admin | 7.60 | | | |
| 14-Jan-19 purchase stamps for Forms W-2 | $(80.00) | | | |
| 16-Jan-19 purchase supplies for Forms W-2 | $(92.21) | | | |
| 22-Jan-19 employee payroll checks cashed | $(930.45) | | | |
| 31-Jan-19 ending balance | $1,353.57 | $117,200.00 | $18,000.00 | $136,553.57 |
| 1-Feb-19 beginning balance | $1,353.57 | $117,200.00 | $18,000.00 | $136,553.57 |
| 8-Feb-19 file employees Forms W-2 | $(14.95) | | | |
| 11-Feb-19 EFT - Sage Software - lease | $(126.22) | | | |
| 11-Feb-19 pay Indian Ridge Provisions | | $(3,075.00) | | |
| 13-Feb-19 disburse to US Bankruptcy Trustee | | | $(4,875.00) | |
| 15-Feb-19 file employees Forms W-2 | $(14.95) | | | |
| 15-Feb-19 USPS - change mailing address | $(1.05) | | | |
| 28-Feb-19 Wells Fargo fee | $(14.00) | | | |
| 28-Feb-19 ending balance | $1,182.40 | $114,125.00 | $13,125.00 | $128,432.40 |
| 1-Mar-19 beginning balance | $1,182.40 | $114,125.00 | $13,125.00 | $128,432.40 |
| 1-Mar-19 sale of liquor license to Happy Accomac Speakeasy LLC | | | | 320,000.00 |
| 1-Mar-19 refund from Northeast Business Assn - employee health ins | | | $32.17 | |
| 1-Mar-19 real estate brokerage fees for sale of liquor license | | | | $(19,200.00) |
| 1-Mar-19 disburse to CGA Law Firm, Escrow Agent | | | $32,000.00 | $(32,000.00) |
| 1-Mar-19 disburse to IRS for lien on liquor license | | | | $(268,800.00) |
| 5-Mar-19 refund from Penn National Insurance due to audit | | | 2,615.00 | |
| 12-Mar-19 pay Harriet T Campbell, Jr | | $(107,427.50) | | |
| 12-Mar-19 pay CGA Law Firm - pre-petition fees | | $(6,697.50) | | |
| 29-Mar-19 Wells Fargo account fee | $(14.00) | | | |
| 31-Mar-19 ending balance | $1,168.40 | $ - | $47,772.17 | $48,940.57 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Projected Beginning Cash Balance | $ | 48,940.57 | $ | 12,722.14 | $ | 12,722.14 | $ | 5,472.14 |
| Refund from Premium Assignment / Liquor Law Liab Insurance | $ | 106.57 | | | | | |
| Projected Disbursement to CGA Law Firm PC | $ | (28,000.00) | | | $ | (3,000.00) | | (3,000.00) |
| Projected Disbursement to U S Bankruptcy Trustee | $ | (4,875.00) | | | $ | (650.00) | | (650.00) |
| Projected Disbursement to Stambaugh Ness fye 033119 and final | | | | | $ | (3,000.00) | | (1,000.00) |
| Projected Disbursement to Candace Montgomery | $ | (3,450.00) | | | $ | (600.00) | | |
| | | | | | | | |
| Projected Ending Cash Balance | $ | 12,722.14 | $ | 12,722.14 | $ | 5,472.14 | $ | 822.14 |

# HAPPY ACCOMAC SPEAKEASY LLC

### Acquisition of Liquor License No. R18598
### From Accomac Inn, Inc.



### March 1, 2019

## SUMMARY OF SELLER'S TRANSACTION

| | |
|---|---|
| Purchase Price | $320,000.00 |
| Less: | |
| Coldwell Banker Residential Brokerage | (8,960.00) |
| Rock Commercial Real Estate, LLC | (10,240.00) |
| Larry Young, Esquire Agent | (32,000.00) |
| Payment of Liens Pursuant to Bankruptcy Order - See Attachment | (268,800.00) |
| AMOUNT DUE TO SELLER | $0.00 |

## SUMMARY OF BUYER'S TRANSACTION

| | |
|---|---|
| Purchase Price | $320,000.00 |
| AMOUNT DUE FROM BUYER | $320,000.00 |

## DISBURSEMENTS

| | |
|---|---|
| Coldwell Banker Residential Brokerage | $8,960.00 |
| Rock Commercial Real Estate, LLC | 10,240.00 |
| Larry Young, Esquire Agent | 32,000.00 |
| Liens Pursuant to Bankruptcy Schedule - See Attachment | 268,800.00 |
| TOTAL | $320,000.00 |

## SOURCE OF FUNDS

| | |
|---|---|
| Happy Accomac Speakeasy, LLC | $315,000.00 |
| Deposit | 5,000.00 |
| Total | $320,000.00 |

HAPPY ACCOMAC SPEAKEASY LLC          ACCOMAC INN, INC.

By: _(signature)_          By: _(signature)_

ATTACHMENT TO SETTLEMENT STATEMENT

### DEPARTMENT OF THE TREASURY
### INTERNAL REVENUE SERVICE
### 600  ARCH STREET , RM 5200 PHILA.PA.19106
### SMALL BUSINESS SELF-EMPLOYED DIVISION
### INSOLVENCY

**Contact Person Don Brisah**
**Phone  (267) 941-6303**
**Fax  (267)- 941-6728**
**Date  3/31/2014**

Re: ACCOMAC INN INC
EIN XX-XXX9682

Docket# 18-04852

Dear  Cathy Eveler:

This letter is in response to your request for the following lien payoff figures through 3/8/2019 (York County Docket No.2016-NO-8042 and York County Docket No 2017-NO-833)

| TPYE OF TAX | TAX PERIOD ENDING | AMOUNT OWEDy |
|---|---|---|
| 941 | 03/31/2016 | $104,199.44 |
| 941 | 06/30/2016 | $84,658.20 |
| 941 | 09/30/2016 | $115,496.18 |
| 940 | 12/31/2012 | $24,681.75 |

Thus the total amount required to satisfy these two liens is $329,035.57  If you have any questions please contact me at the phone number provided above.

Sincerely yours *Don Brisah*
**Bankruptcy Specialist**
**Badge #02-12312**

CGA Law Firm, P.C.
Run: 3/27/2019 1:47:17 PM

# Matter Ledger Report
1/1/1970 to 3/27/2019

Page 1
File: MLDGR

| | Code | Name | | Init Atty | LY | Lawrence Young |
|---|---|---|---|---|---|---|
| Client | 030221 | Accomac Inn, Inc. | | Bill Atty | LY | Lawrence Young |
| Matter | 00003 | Chapter 11 Bankruptcy | | Resp Atty | LY | Lawrence Young |

─── Trust ───

| Account | | Date | $ Value | Ck # | Text |
|---|---|---|---|---|---|
| DDB | SUSQUEHANNA TRUST A | 12/19/18 | 8,000.00 | 30458 | Barley Snyder LLC-30458 |
| DDB | SUSQUEHANNA TRUST A | 12/19/18 | 10,000.00 | 30444 | Barley Snyder LLC-30444 |
| DDB | SUSQUEHANNA TRUST A | 02/13/19 | -4,875.00 | 46528 | Quarterly Fee;U.S. Trustee |
| DDB | SUSQUEHANNA TRUST A | 03/01/19 | 32.17 | 3966 | N.E. PA Business Association, Inc.-3966 |
| DDB | SUSQUEHANNA TRUST A | 03/05/19 | 2,615.00 | 1088551 | Penn National Insurance-1088551 |
| | Subtotal | | 15,772.17 | | |
| | Total | | 15,772.17 | | |

*from sale of* + 32000.00
*Liquor License*
030119

41,772.17

# Wells Fargo Business Choice Checking



ACCOMAC INN INC
DBA ACCOMAC EVENTS
DEBTOR IN POSSESSION
CH11 CASE 18-04852(MPA)
6330 RIVER DR
YORK PA 17406-8940

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS** (1-800-225-5935)

*TTY:* 1-800-877-4833

*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (038)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive tools, and other resources on the topics of business growth, credit, cash flow management, business planning, technology, marketing, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 3/1 | $1,182.40 |
| Deposits/Credits | 0.00 |
| Withdrawals/Debits | - 14.00 |
| Ending balance on 3/31 | $1,168.40 |
| Average ledger balance this period | $1,182.40 |

Account number: **8028999244**

**ACCOMAC INN INC**
**DBA ACCOMAC EVENTS**
**DEBTOR IN POSSESSION**
**CH11 CASE 18-04852(MPA)**

*Arizona account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 122105278

For Wire Transfers use
Routing Number (RTN): 121000248

## Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|-------------|-------------------|---------------------|---------------------|
| 3/29 | | Monthly Service Fee | | 14.00 | 1,168.40 |
| Ending balance on 3/31 | | | | | 1,168.40 |
| **Totals** | | | **$0.00** | **$14.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 03/01/2019 - 03/31/2019 | Standard monthly service fee $14.00 | You paid $14.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| Average ledger balance | $7,500.00 | $1,182.00 ☐ |
| A qualifying transaction from a linked Wells Fargo Business Payroll Services account | 1 | 0 ☐ |
| A qualifying transaction from a linked Wells Fargo Merchant Services account | 1 | 0 ☐ |
| Total number of posted Wells Fargo Debit Card purchases and/or payments | 10 | 0 ☐ |
| Enrollment in a linked Direct Pay service through Wells Fargo Business Online | 1 | 0 ☐ |
| Combined balances in linked accounts, which may include | $10,000.00 | ☐ |
| · Average ledger balances in business checking, savings, and time accounts | | |
| · Most recent statement balance in eligible Wells Fargo business credit cards and lines of credit, and combined average daily balances from the previous month in eligible Wells Fargo business and commercial loans and lines of credit | | |
| · For complete details on how you can avoid the monthly service fee based on your combined balances please refer to page 7 of the Business Account Fee and Information Schedule at www.wellsfargo.com/biz/fee-information | | |

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days. Transactions occurring after the last business day of the month will be included in your next fee period.
wxwx

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 7,500 | 0 | 0.0030 | 0.00 |
| Transactions | 0 | 200 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |



## General statement policies for Wells Fargo Bank

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

### Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance shown on your statement . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**

**B.** Any deposits listed in your register or transfers into your account which are not shown on your statement.
$ _____
$ _____
$ _____
+ $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**SUBTRACT**

**C.** The total outstanding checks and withdrawals from the chart above . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same as the current balance shown in your check register . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | Total amount $ | |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

| **MARCH, 2019** | **FNB** | **All** | |
|---|---|---|---|
| balance per bank statement | $1,168.40 | | |
| balance per trial balance | | $1,196.40 | |
| less outstanding checks | $0.00 | | |
| bank fee 022819 | | ($14.00) | |
| bank fee 032919 | | ($14.00) | |
| | | | |
| ending balance | $1,168.40 | $1,168.40 | $0.00 |

**OUTSTANDING CHECKS:**     Checks out:          Checks out:

NO OUTSTANDING CHECKS

Total          $0.00  Total                    $0.00